IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**Civil No.1:11-cv-75**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for THE BANK OF ASHEVILLE,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH A. VINSON, and PAULA L. VINSON,<br><br>    Defendants. | **ORDER GRANTING<br>ENTRY OF DEFAULT** |

THIS MATTER is before the undersigned on the Motion for Entry of Default by Plaintiff against Defendant Paula L. Vinson.

It appears from the record that Plaintiff filed its Complaint and that Summonses were issued on July 28, 2010, that Defendant Paula L. Vinson was served with a copy of a Summons, together with a copy of the Complaint, on August 2, 2010, that Defendant Paula L. Vinson has failed to plead or otherwise defend, and that default should be entered pursuant to Rule 55(a) of the Rules of Civil Procedure.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Entry of Default is **GRANTED** and default is hereby entered against Defendant Paula L. Vinson.

THIS ____17th____ day of ___May_____, 2011.

                                                  s/Joan Gosnell, Case Manager
                                                  U.S. District Judge
                                                  Martin Reidinger