IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**Civil No.1:11-cv-75**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for THE BANK OF ASHEVILLE Plaintiff, v. KEITH A. VINSON, and PAULA L. VINSON, Defendants. | **DEFAULT JUDGMENT** |

This matter came before the undersigned on Plaintiff's Motion for Entry of Default Judgment. After considering the Motion and related documents and reviewing the Court file, it appears that:

An Original Complaint was filed and Summonses were issued in this action on July 28, 2010.

Defendant Paula L. Vinson was served with the Complaint and the Summonses on August 2, 2010.

No answer has been filed by Defendant Paula L. Vinson and the time within which pleadings may be filed has expired.

Defendant Paula L. Vinson is not an infant and otherwise is not incompetent.

Default was entered on May 17, 2011 against Defendant Paula L. Vinson as provided by Rule 55(a) of the Rules of Civil Procedure.

The cause of action against Defendant Paula L. Vinson consists of a breach of contract, namely the failure of Defendant Paula L. Vinson to pay to Plaintiff the sum of One Million Four Hundred Thirty Four Thousand Two Hundred Fifty Two and 50/100 Dollars ($1,434,252.50) as of the July 26, 2010, plus interest.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff's Motion for Entry of Default Judgment is GRANTED and that judgment is hereby entered against Defendant Paula L. Vinson.

2. That Plaintiff have and recover of Defendant Paula L. Vinson the sum of $1,434,252.50, together with interest at the rate of $262.50 per diem from the 26th day of July, 2010, and the Plaintiff have and recover its attorney fees in the amount of $215,137.87; and that the costs of this action be taxed to the Defendant Paula L. Vinson.

Signed: July 7, 2011

Frank G. Johns, Clerk
United States District Court