IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:11-CV-75-MR-DCK

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, as Receiver for | ) | |
| THE BANK OF ASHEVILLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEITH A. VINSON, and | ) | |
| PAULA L. VINSON, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

The parties filed a "Certification And Report Of F.R.C.P. 26(f) Conference And Proposed Discovery Plan" (Document No. 2) on April 25, 2011. Since the filing of that certification and proposed discovery plan the Court has ruled on a "Motion For Entry Of Default" (Document No. 3). In light of that ruling and the passage of time, the undersigned will respectfully instruct the parties to file an updated Certification Of Initial Attorney's Conference pursuant to Local Rule 16.1 and Fed.R.Civ.P. 26. Once the Court has received the parties' updated certification and report it will be in a better position to issue an appropriate Pretrial Order And Case Management Plan.

**IT IS, THEREFORE, ORDERED** that the parties shall file an updated Certification Of Initial Attorney's Conference and proposed discovery plan, on or before **July 21, 2011**.

Signed: July 11, 2011

David C. Keesler
United States Magistrate Judge