IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:11-CV-75-DCK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the Bank of Asheville, )))) | |
| Plaintiff, )) | |
| v. )) | ORDER |
| KEITH A. VINSON, ))) | |
| Defendant. )) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

The trial in this case is currently scheduled for Judge Reidinger's September 4, 2012 trial term. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c). Therefore, the Court in its discretion will move the trial date to Judge Keesler's trial term beginning **May 7, 2012**.

**IT IS SO ORDERED**.

Signed: December 13, 2011

David C. Keesler
United States Magistrate Judge