# United States District Court
# For The Western District of North Carolina
# Asheville Division

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
the Bank of Asheville,

       Plaintiff,

vs.

KEITH A. VINSON,

       Defendant.

JUDGMENT IN A CIVIL CASE

1:11-CV-075-DCK

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/15/2012 Order.

Signed: February 15, 2012

_____
Frank G. Johns, Clerk
United States District Court